# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Mireya Perez-Ichaso,**                    **Civil No. 06-4269 (DSD/SRN)**

    **Plaintiff,**

    **v.**                                                **O R D E R**

**Michael J. Astrue, Commissioner
of Social Security,**

    **Defendant.**

---

    Jennifer Mrozik, Esq., 1611 West County Road B, Suite 106, Roseville, Minnesota, 55113, on behalf of Plaintiff

    Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 17) is **DENIED**; and

    2.    Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.

Dated: March 14, 2008

                                                                  s/David S. Doty
                                                                   DAVID S. DOTY
                                                                    United States District Judge